# Exhibit 2

| US7552870B2 | Rocket League ("The accused instrumentality") |
|---|---|
| 12. A method of authorizing usage and trading of network resources comprising:<br><br>**Col 1: lines 6-10**<br><br>*Network Resource: any service or facility that can be made available and accepted for use or delivery by digital transmission over a network, even if actual fulfilment is carried out by some alternate means. May include Internet or other network access, data storage and data processing, among others.*<br><br>**Col 7: lines 59-67, Col 8: line 1**<br><br>*The Use Earned Balance (307) field is used by the System to determine whether any* | The accused instrumentality practices a method of authorizing usage and trading of network resources (e.g., earning credits by trading virtual items on the accused instrumentality's platform and using those credits to purchase virtual items from another player, etc.).<br><br>As shown below, the accused instrumentality is a gaming platform that provides player to player trading. It allows players to trade virtual items from their inventory. Further, the player can sell the traded item to earn credits. The earned credits are added to the player's account and can be used by the player for purchasing other virtual items from another player/reseller.<br><br><br>https://www.rocketleague.com/ |

<table>
<tr>
<td>

*Earned Balance held by the owner of this Network User Device should be used 'First', 'Last' or 'Never' in settling charges for Network Resource Usage by this Network User Device via an Access Gateway. In the case of 'First', any earned balance is used ahead of any cash balance available for the Network User Device (i.e. it is trading Network Resources).*

**Col 8: lines 20-30**

*Each Account Record has its own Account UniqueID (401), which identifies it uniquely in the System. Each Account Record also has a single Owned by UniqueID (402), which identifies the UniqueID of the Account's owner. The Account Record may be owned by a*

</td>
<td>




https://blix.gg/blog/news/rocket-league/the-ultimate-guide-to-trading-in-rocket-league/

</td>
</tr>
</table>

*registered Trading System User, a registered Network Resource Access Gateway or a registered Network Device. For a Trading System User, the Account Record may store either an Earned Balance or a Cash Balance. An Earned Balance is one where credits are made for provision of Network Resources, due to the Trading System User being an Access Gateway Operator.*

**Trading in Rocket League**

- To trade, players had to be level 30 or higher, have 2-factor authentication enabled, and have bought 500 credits in-game. You could only trade with your friends.
- You had to enable "Allow Player-to-Player trading" in the Settings menu under the "Interface" tab. You could then invite your friends to party and offer to trade.

https://www.wikihow.com/Trade-in-Rocket-League

INTERNET ARCHIVE WaybackMachine https://support.rocketleague.com/hc/en-us/articles/1260804008770-What-are-Trade-Restrictions- Go
11 captures
12 Apr 2021 - 26 Nov 2022
DEC JAN AUG
24
2021 2022 2023
About this capture

- *Can I Use My DLC Items on All Platforms?*
- ***What are Trade Restrictions?***
- *What are Bundles?*

See more

Trading limits may apply depending on your current XP Level. See the break down below:

| XP Level | Can Trade | Max Daily Trades | Max Credits Per Trade |
|---|---|---|---|
| 29 or less | No | 0 | 0 |
| 30 to 99 | Yes | 10 | 2,000 |
| 100 to 249 | Yes | Unlimited | 10,000 |
| 250 or more | Yes | Unlimited | 100,000 |

https://support.rocketleague.com/hc/en-us/articles/1260804008770-What-are-Trade-

| | |
|---|---|
| | Restrictions-<br>*This is the list of tradeable items in Rocket League:*<br>• Credits<br>• Blueprints<br>• Items built from blueprints and crates<br>• Post-game drops<br>• Rocket pass items<br>• Items from in-game special events<br>https://blix.gg/blog/news/rocket-league/the-ultimate-guide-to-trading-in-rocket-league/ |

| | |
|---|---|
| | Part 2 **Enabling Player-to-Player Trading**<br><br><br>3 **Make sure "Allow Player-to-Player trading" is checked.** It's at the bottom of the "Interface" menu. If this option is not checked, select it to check the checkbox. This option must be enabled in order to initiate or accept player-to-player trades.<br>https://www.wikihow.com/Trade-in-Rocket-League |

| | |
|---|---|
| | Part 3 **Trading with Other Players**   2 **Create a party with the person you want to trade with.** To create a party, make sure the person you want to trade with is online. Select **Create party** at the bottom of the Title menu. Select the player you want to trade. Once they accept your invitation, they will be added to your party. https://www.wikihow.com/Trade-in-Rocket-League |

Part 3 **Trading with Other Players**

4 **Select items to offer as a trade.** You can select up to 12 items to offer. The items you are offering will be displayed in the grid spaces labeled "Your Offering" on the right side.

- You can filter your items using the category tabs at the top of the trade menu. Categories include; crates, decals, player banners, wheels, rocket boosts, toppers, antennas, and more.




https://www.wikihow.com/Trade-in-Rocket-League

Part 3 **Trading with Other Players**




6 **Select** Accept. It's at the bottom of the trade offerings on the left side. The trade will be considered "Pending" until the other player accepts the trade.

https://www.wikihow.com/Trade-in-Rocket-League

| | |
|---|---|
| |  <br>**In this video**<br>Chapters Transcript<br>Search in video<br>3:56 cheap but you can buy them for maybe 50<br>3:58 credits below their minimum value values<br>4:00 and resell them and get some easy profit<br>4:02 but I don't usually do this I usually<br>English (auto-generated)<br>https://www.youtube.com/watch?v=_LxyWx-vdhg<br>**Trading Breakdown**<br>**Tradable**<br>• Revealed Blueprints<br>• Items that have been built from Blueprints<br>• Credits when traded for Items (and vice versa)<br>• Free Drops<br>https://rocketleague.fandom.com/wiki/Player-to-Player_Trading |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=_LxyWx-vdhg |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=_LxyWx-vdhg |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=_LxyWx-vdhg |
| applying network usage credits to a user having an account for accumulating credits based upon usage by at least one third party of a first network resource operated by said user;<br><br>**Col 14: lines 43-51**<br><br>*A central element of the invention is allowing credit balances earned through providing access to Network Resources via an* | The accused instrumentality practices applying network usage credits (e.g., adding credits to the player's account) to a user (e.g., a player) of having an account (e.g., a player account) for accumulating credits (e.g., adding credits to the player's account) based upon usage (e.g., trading of the virtual items) by at least one third party (e.g., another player) of a first network resource (e.g., account of another player, etc.) operated by said user (e.g., player of the accused instrumentality).<br><br>As shown below, the accused instrumentality is a gaming platform that provides player to player trading. It allows players to trade virtual items from their inventory. The traded items are received from the other player's (e.g., third party) account (e.g., first network resource). Further, the player (e.g., a user) can sell the traded item to earn credits (e.g., network usage credits). The earned credits are added to the player's account and can be used by the player for purchasing other virtual items from another player/reseller. |

| | |
|---|---|
| *Access Gateway to be traded for access to Network Resources when the same owner/operator uses one of their Network Devices to access Network Resources via a different owner/operator's Access Gateway. In this embodiment of the invention, which provides broad flexibility for the Network Device User, each Network Device can be configured to use an Earned Balance i) First, ii) Last or iii) Never.* | **Trading in Rocket League**<br><br>• To trade, players had to be level 30 or higher, have 2-factor authentication enabled, and have bought 500 credits in-game. You could only trade with your friends.<br>• You had to enable "Allow Player-to-Player trading" in the Settings menu under the "Interface" tab. You could then invite your friends to party and offer to trade.<br>• Player-to-player trading was removed from Rocket League on December 05, 2023.<br><br>https://www.wikihow.com/Trade-in-Rocket-League |




- *Can I Use My DLC Items on All Platforms?*
- ***What are Trade Restrictions?***
- *What are Bundles?*

See more

Trading limits may apply depending on your current XP Level. See the break down below:

| XP Level | Can Trade | Max Daily Trades | Max Credits Per Trade |
|---|---|---|---|
| 29 or less | No | 0 | 0 |
| 30 to 99 | Yes | 10 | 2,000 |
| 100 to 249 | Yes | Unlimited | 10,000 |
| 250 or more | Yes | Unlimited | 100,000 |

https://support.rocketleague.com/hc/en-us/articles/1260804008770-What-are-Trade-Restrictions-

| | |
|---|---|
| | *This is the list of tradeable items in Rocket League:*<br>• Credits<br>• Blueprints<br>• Items built from blueprints and crates<br>• Post-game drops<br>• Rocket pass items<br>• Items from in-game special events<br>https://blix.gg/blog/news/rocket-league/the-ultimate-guide-to-trading-in-rocket-league/ |

| | |
|---|---|
| | Part 2 **Enabling Player-to-Player Trading**<br><br><br>3 **Make sure "Allow Player-to-Player trading" is checked.** It's at the bottom of the "Interface" menu. If this option is not checked, select it to check the checkbox. This option must be enabled in order to initiate or accept player-to-player trades.<br>https://www.wikihow.com/Trade-in-Rocket-League |

| | |
|---|---|
| | Part 3 **Trading with Other Players**<br><br><br>2 **Create a party with the person you want to trade with.** To create a party, make sure the person you want to trade with is online. Select **Create party** at the bottom of the Title menu. Select the player you want to trade. Once they accept your invitation, they will be added to your party.<br>https://www.wikihow.com/Trade-in-Rocket-League |

| | |
|---|---|
| | Part 3 **Trading with Other Players**<br><br>**4** **Select items to offer as a trade.** You can select up to 12 items to offer. The items you are offering will be displayed in the grid spaces labeled "Your Offering" on the right side.<br><br>• You can filter your items using the category tabs at the top of the trade menu. Categories include; crates, decals, player banners, wheels, rocket boosts, toppers, antennas, and more.<br><br><br><br>https://www.wikihow.com/Trade-in-Rocket-League |

| | |
|---|---|
| | Part 3 **Trading with Other Players**<br><br><br>6 **Select** Accept. It's at the bottom of the trade offerings on the left side. The trade will be considered "Pending" until the other player accepts the trade.<br>https://www.wikihow.com/Trade-in-Rocket-League |




https://www.youtube.com/watch?v=_LxyWx-vdhg

## Trading Breakdown

### Tradable

- Revealed Blueprints
- Items that have been built from Blueprints
- Credits when traded for Items (and vice versa)
- Free Drops

https://rocketleague.fandom.com/wiki/Player-to-Player_Trading

As shown below, the player (e.g., a user) can sell the traded item to earn credits (e.g.,

| | |
|---|---|
| | network usage credits). The earned credits are added to the player's account.<br><br><br>https://www.youtube.com/watch?v=_LxyWx-vdhg<br><br>As shown below, the credits are accumulated to the player's account. |

| | |
|---|---|
| |   https://www.youtube.com/watch?v=_LxyWx-vdhg |
| substantially immediately processing a request by said user for usage of a second network resource operated by a fourth party and allowing access to said second network resource if said user has at least a predetermined amount | The accused instrumentality practices substantially immediately processing a request (e.g., a request for purchasing virtual items, etc.) by said user (e.g., a player of the accused instrumentality) for usage (e.g., purchasing virtual items, etc.) of a second network resource (e.g., a reseller's account offering virtual items, etc.) operated by a fourth party (e.g., a reseller) and allowing access to said second network resource (e.g., a reseller's account offering virtual items, etc.) if said user (e.g., a player of the accused instrumentality) has at least a predetermined amount of said network usage credits (e.g., required credits to purchase virtual items, etc.) wherein said first (e.g., account of another player from whom the virtual item was traded, etc.) and second resources (e.g., account of reseller offering virtual items, etc.) have a registered resource sharing arrangement (e.g., marketplace arrangement provided by the accused instrumentality) |

| | |
|---|---|
| of said network usage credits wherein said first and second resources have a registered resource sharing arrangement in a connected system.<br><br>**Col 17: lines 3-11**<br><br>*The Processing Element (11) must determine whether there is sufficient credit available in the Trading System User's Earned Balance to reserve for the remaining required period of Network Resource authorization. If the Balance (403C) is not greater than or equal to the Reserve-Credit (615) amount, then there is insufficient credit and the Requested-Authorization-Period (58) of the Request (40) cannot be satisfied, so a reduced Authorization Period must be* | in a connected system (e.g., a system of the accused instrumentality).<br><br>As shown below, the accused instrumentality is a gaming platform that provides player to player trading. It allows players to trade virtual items from their inventory. The traded items are received from the other player's account. Further, the player (e.g., a user) can sell the traded item to earn credits (e.g., network usage credits). The earned credits are added to the player's account and can be used by the player (e.g., a user) for purchasing other virtual items from a reseller account (e.g., second network resource).<br><br>As shown below, when the player (e.g., a user) requests to purchase a virtual item from a reseller, the system checks the player's account balance to determine if the player is eligible to purchase the item from the reseller (e.g., fourth party).<br><br>**Trading in Rocket League**<br><br>• To trade, players had to be level 30 or higher, have 2-factor authentication enabled, and have bought 500 credits in-game. You could only trade with your friends.<br>• You had to enable "Allow Player-to-Player trading" in the Settings menu under the "Interface" tab. You could then invite your friends to party and offer to trade.<br>https://www.wikihow.com/Trade-in-Rocket-League |

| | |
|---|---|
| *calculated as follows:*<br><br>Col 17: lines 20-23<br><br>*Alternatively, if there is sufficient credit available, then the Reserve-Credit (615) amount is deducted from the Trading System User's Earned Balance (403C) and added to the Total Credit Reservations (405C) for the Account.* | The sudden policy change is doubly curious because Epic Games has been rather friendly towards games utilizing web3. These games often use the tech to facilitate the formation of marketplaces where players can trade assets.<br>https://sanctorcapital.medium.com/strength-in-numbers-783dcd158674 |

| | |
|---|---|
| | *This is the list of tradeable items in Rocket League:*<br><br>• Credits<br>• Blueprints<br>• Items built from blueprints and crates<br>• Post-game drops<br>• Rocket pass items<br>• Items from in-game special events<br><br>https://blix.gg/blog/news/rocket-league/the-ultimate-guide-to-trading-in-rocket-league/ |

Part 2

## Enabling Player-to-Player Trading




3 **Make sure "Allow Player-to-Player trading" is checked.** It's at the bottom of the "Interface" menu. If this option is not checked, select it to check the checkbox.

This option must be enabled in order to initiate or accept player-to-player trades.

https://www.wikihow.com/Trade-in-Rocket-League

Part 3

## Trading with Other Players




2 **Create a party with the person you want to trade with.** To create a party, make sure the person you want to trade with is online. Select **Create party** at the bottom of the Title menu. Select the player you want to trade. Once they accept your invitation, they will be added to your party.

https://www.wikihow.com/Trade-in-Rocket-League

Part 3 **Trading with Other Players**

4 **Select items to offer as a trade.** You can select up to 12 items to offer. The items you are offering will be displayed in the grid spaces labeled "Your Offering" on the right side.

- You can filter your items using the category tabs at the top of the trade menu. Categories include; crates, decals, player banners, wheels, rocket boosts, toppers, antennas, and more.




https://www.wikihow.com/Trade-in-Rocket-League

Part 3 **Trading with Other Players**




6 **Select** Accept. It's at the bottom of the trade offerings on the left side. The trade will be considered "Pending" until the other player accepts the trade.

https://www.wikihow.com/Trade-in-Rocket-League




https://www.youtube.com/watch?v=_LxyWx-vdhg

# Trading Breakdown

**Tradable**

- Revealed Blueprints
- Items that have been built from Blueprints
- Credits when traded for Items (and vice versa)
- Free Drops

https://rocketleague.fandom.com/wiki/Player-to-Player_Trading

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=_LxyWx-vdhg<br><br>As shown below, the credits are accumulated to the player’s account. |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=_LxyWx-vdhg<br>As shown below, when the player (e.g., a user) requests to purchase a virtual item from a reseller, the system checks the player's account balance and level to determine if the player is eligible to purchase the item from the reseller (e.g., fourth party). |

| | |
|---|---|
| | 2 **Understand the XP Level restrictions.** You must be at least Level 30 or higher to qualify for player-to-player trading. There are trade restrictions on levels 30 and higher. Both players must meet the level requirements to trade. You can check your XP Level by going into "Profile" on the title menu, followed by "Career" and then "Stats." The trade restrictions are as follows:<br>• **Level 1 - 30:** No trades allowed.<br>• **Level 30 - 99:** 3 trades per day allowed with a 2000 Credit trade limit.<br>• **Level 100 - 249:** 10 trades per day allowed with a 10,000 Credit trade limit.<br>• **Level 250 and above:** Unlimited daily trades with a 100,000 Credit trade limit.<br>https://www.wikihow.com/Trade-in-Rocket-League |

| | |
|---|---|
| | INTERNET ARCHIVE WaybackMachine https://support.rocketleague.com/hc/en-us/articles/1260804008770-What-are-Trade-Restrictions- Go 11 captures 12 Apr 2021 - 28 Nov 2022 DEC JAN AUG 24 2021 2022 2023 About this capture<br>• *Can I Use My DLC Items on All Platforms?*<br>• *What are Trade Restrictions?*<br>• *What are Bundles?*<br>See more<br>Trading limits may apply depending on your current XP Level. See the break down below:<br>**XP Level** / **Can Trade** / **Max Daily Trades** / **Max Credits Per Trade**<br>29 or less / No / 0 / 0<br>30 to 99 / Yes / 10 / 2,000<br>100 to 249 / Yes / Unlimited / 10,000<br>250 or more / Yes / Unlimited / 100,000<br>https://support.rocketleague.com/hc/en-us/articles/1260804008770-What-are-Trade-Restrictions- |

<table>
<tr>
<td></td>
<td>




https://www.youtube.com/watch?v=_LxyWx-vdhg
</td>
</tr>
</table>

| | |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=_LxyWx-vdhg |